# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA,
# MIDDLE DIVISION

| | |
|---|---|
| AMY WHITLOCK, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:14-cv-01192-VEH |
| NATIONWIDE RECOVERY SERVICES, INC., | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, AMY WHITLOCK ("Plaintiff"), through her attorneys, Walker McMullan, Attorneys, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

August 21, 2014          By: /s/M. Brandon Walker
                             M. Brandon Walker
                             Walker McMullan, Attorneys
                             242 West Valley Avenue, Suite 312
                             Birmingham, AL 35209
                             Tel: 205-417-2541
                             E-mail: brandon@walkermcmullan.com
                             Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On August 21, 2014, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defendant's counsel, Wayne Morse, at morse@wskllc.com.

By: /s/M. Brandon Walker
    M. Brandon Walker